**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1471**

---

STANLEY PERRIN,

Plaintiff - Appellant,

versus

COMMISSIONER OF PUBLIC WORKS,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Greenwood.  Henry M. Herlong, Jr., District Judge. (CA-95-2021-8-20AK)

---

Submitted:  February 27, 1997     Decided:  March 10, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stanley Perrin, Appellant Pro Se.  Vance J. Bettis, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment in favor of Defendant in this action alleging racially discriminatory discharge in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Perrin v. Commissioner of Pub. Works</u>, No. CA-95-2021-8-20AK (D.S.C. Mar. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>